**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-cv-23143-BLOOM/Elfenbein**

MAURICE D. CUNNINGHAM,

    Plaintiff,

v.

CARNIVAL CRUISE LINE,

    Defendant.

_____/

**ORDER GRANTING LEAVE TO PROCEED *IN FORMA PAUPERIS***

**THIS CAUSE** is before the Court upon Plaintiff Maurice D. Cunningham's ("Plaintiff") Application to Proceed in District Court without Prepaying Fees or Costs ("Motion"), ECF No. [3]. The Motion represents that Plaintiff earns no wages, has no savings or money in any checking account or other bank account, nor assets. *Id*. Plaintiff represents that due to his injuries he has not been able to work since June 2023, has filed for disability, and is awaiting a hearing which is due to occur in October 2024. *Id*. at 6.

Upon review of the record, the Court determines that Plaintiff is unable to pay the court filing fee, as required for indigent status under 28 U.S.C. § 1915. "When a court grants a litigant leave to proceed IFP, the officers of the court must 'issue and serve all process.'" *Richardson v. Johnson*, 598 F.3d 734, 738 (11th Cir. 2010); Fed. R. Civ. P. 4(c)(3) ("At the plaintiff's request, the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court must so order if the plaintiff is authorized to proceed *in forma pauperis* under 28 U.S.C. §1915[.]"). Plaintiff filed the necessary proposed summons. *See* ECF No. [1-2].

Case No. 24-cv-23143-BLOOM/Elfenbein

Accordingly, it is **ORDERED AND ADJUDGED** that the Motion, **ECF No. [3]**, is **GRANTED**. The Clerk of Court is **DIRECTED** to transmit a copy of this Order to the Office of the United States Marshal, which shall undertake to **SERVE** the Complaint and the summons on Defendant.

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 19, 2024.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Maurice D. Cunningham
738 Cedarwood Drive
Cedar Hill, TX 75104
816-267-0672
Email: cunninghammoe@gmail.com
PRO SE