UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 24-cv-23143-BLOOM/Elfenbein**

MAURICE D. CUNNINGHAM,

    Plaintiff,

v.

CARNIVAL CRUISE LINE,

    Defendant.

_____/

## ORDER REFERRING CASE TO VOLUNTEER ATTORNEY PROGRAM

**THIS CAUSE** is before the Court upon Plaintiff's Motion for Referral to Volunteer Attorney Program, ECF No. [5]. As of the date of this Order, Plaintiff is appearing *pro se*. The case is presently in the preliminary stages. After reviewing the record in this case, the Court grants the Motion. Plaintiff's case shall be referred to the Volunteer Attorney Program, where a volunteer attorney may accept the representation on a *pro bono* basis, if they so desire.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Motion **ECF No. [5]**, is **GRANTED.**

2. This case is referred to the Court's Volunteer Attorney Program, where a volunteer attorney may accept the representation on a *pro bono* basis if so desired. The Clerk of Court will post a description of the case and contact information on the Court's website of available *pro bono* cases seeking volunteer lawyers. If the representation is accepted, the volunteer attorney shall enter an appearance in the case and thereafter will be eligible for reimbursement of reasonable litigation expenses pursuant to the Court's Reimbursement Guidelines for Volunteer Counsel.

Case No. 23-cv-24733-BLOOM/Torres

The Clerk is **DIRECTED TO POST** the following description of the case:

The Complaint alleges that Plaintiff was a passenger aboard a Carnival Cruise Line's vessel where he experienced a life-threatening incident. Plaintiff alleges that he was served a meal in a restaurant aboard Defendant's vessel that contained pieces of broken glass, some of which he digested. Plaintiff represents he can no longer work due to the injuries he has sustained due to this incident.

This case is at a very early stage, and volunteer representation would entail representing Plaintiff during all pretrial proceedings, including discovery, mediation, and at trial, if necessary. If interested, please email FLSD_ProBono@flsd.uscourts.gov

**DONE AND ORDERED** in Chambers at Miami, Florida, on August 19, 2024.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record

Maurice D. Cunningham
738 Cedarwood Drive
Cedar Hill, TX 75104
816-267-0672
Email: cunninghammoe@gmail.com
PRO SE